# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 15-10 |
| GROSS WILLIAMS | SECTION "N" |

## ORDER AND REASONS

Presently before the Court are motions filed by Defendant Gross Williams. Having carefully considered the parties' submissions, the Court rules on the motions as stated herein.

**IT IS ORDERED** that Defendant's "First Motion for Early Disclosure of Jencks Material on an Early Basis and Timely Disclosure of Brady/Giglio Material" (Rec. Doc. 22) is **GRANTED** to the extent that any such materials must be disclosed no later than June 15, 2015, which is the Monday immediately prior to the June 22, 2015 trial date.

**IT IS ORDERED** that Defendant's "First Motion for Disclosure of Confidential Informant" (Rec. Doc. 23) is **DENIED** for essentially the reasons stated in the Government's memorandum (Rec. Doc. 34).

**IT IS ORDERED** that Defendant's "First Motion for Disclosure of Government's Intention to Rely on Other Crimes Evidence" (Rec. Doc. 24) is **GRANTED** to the extent that Federal Rule of Evidence 404(b) evidence must be disclosed no later than thirty (30) days before the June 22, 2015 trial date.

New Orleans, Louisiana, this 20th day of May 2015.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE