UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                          CRIMINAL ACTION

VERSUS                                            NO.  15-10

GROSS WILLIAMS                                    SECTION  "N"  (3)

## ORDER AND REASONS

      Presently before the Court is Defendant Gross Williams' "Second Motion to Suppress Evidence" (Rec. Doc. 71).  In this second motion, Williams essentially asks the Court re-visit and reverse its ruling relative to his first motion to suppress (Rec. Doc. 26), which the Court previously denied, on June 23, 2015, after hearing two and one-half hours of argument and testimony regarding the events of, and evidence obtained on, September 22, 2014, from Williams' person, business, and residence.  See Rec. Docs. 47 and 49.   Having carefully reviewed the record in this matter, including the transcript from the June 23, 2015 hearing (Rec. Doc. 49), applicable law, and the parties' submissions, **IT IS ORDERED** that Williams' motion is **DENIED** for essentially the reasons stated in the Government's opposition memorandum (Rec. Doc. 72).  In short, Williams' instant motion raises no evidence or argument not previously considered in connection with his first motion.

**IT IS FURTHER ORDERED**, given the foregoing ruling, that no further hearing or oral argument regarding this matter shall be held on February 3, 2016.

New Orleans, Louisiana, this 2nd day of February 2016.

**KURT D. ENGELHARDT**
**United States District Judge**

**Clerk to Copy:**
  Counsel of Record for the United States
  Counsel of Record for Defendant Gross Williams
   Defendant Gross Williams
    P.O. Box 250
    Amite, LA  70422

2